UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,    )
                              )
            Plaintiff,        )
                              )
v.                            )  Case No. 4:05CR0406 HEA
                              )
ABDOLHOSSEIN RASTEGAR,        )
                              )
            Defendant.        )

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Suppress IRS Tax Returns for the Years 1999 Through 2003, [#15]. The Court referred this matter to United States Magistrate Judge Thomas C. Mummert, III for a report and recommendation pursuant to 28 U.S.C. § 636(b). An evidentiary hearing was held on August 25, 2005 before Judge Mummert, and on September 2, 2005, Judge Mummert filed his recommendation that Defendant's motion be denied. No objections to the report and recommendation have been filed.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Mummert as set forth in the September 2, 2005 Report and Recommendation and will deny Defendant's motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress IRS Tax Returns for the Years 1999 Through 2003, [#15], is denied.

Dated this 28th day of September, 2005.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE